IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ELIZABETH D. OVERSTREET,

    Plaintiff,

vs.                                          CASE NO. 5:10cv94/RS-EMT

BAY MEDICAL CENTER,

    Defendant.
_____/

## ORDER

Before me is the Joint Planning Report Pursuant to Rule 26(f) (Doc. 11). The attorneys have disregarded the guidance in the Initial Scheduling Order regarding the discovery deadline and a trial date.

**IT IS ORDERED** that the parties shall file an amended joint report not later than September 10, 2010, with dates consistent with a discovery deadline of December 9, 2010, and jury trial on February 7, 2011 or February 22, 2011.

**ORDERED** on August 31, 2010.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**